UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILLIP CARROLL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:19-cv-000224-JMS-TAB |
| ) | |
| BMW OF NORTH AMERICA, LLC, and ) | |
| BAVARIAN MOTOR WORKS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Presently pending before the Court is Plaintiff Phillip Carroll's Motion for Entry of Default. [Filing No. 80.] In the Motion, Mr. Carroll argues that he is entitled to an entry of default against Defendant BMW of North America, LLC ("BMW") because BMW has not timely filed an Answer to the Amended Complaint. [Filing No. 80.] BMW responds that it was not required to file an Answer, relying on this Court's September 6, 2019 Order, which denied BMW's Motion to Dismiss and set deadlines for the parties to conduct discovery on the statute of limitations and, if warranted, file a motion for summary judgment on that issue. [Filing No. 83 (citing Filing No. 48 at 15).] Mr. Carroll replies that, because the September 6, 2019 Order did not relieve BMW of its obligation to file an Answer, it was required to file one, and the failure to do so warrants an entry of default. [Filing No. 85.]

The Court acknowledges that the September 6, 2019 Order, which set discovery and summary judgment deadlines but did not expressly address whether an Answer is required, may have been unclear. Nevertheless, the Court now concludes that an Answer is required in this case and an entry of default would be inappropriate given that the parties have been actively litigating this matter. Accordingly, the Court **DENIES** Mr. Carroll's Motion for Entry of Default, [80], and

1

**ORDERS** BMW to file an Answer by **April 3, 2020**. This Order shall not affect any existing deadlines that have already been established by the Court concerning discovery, the potential filing of a motion for summary judgment, or any other matter.

Date: 3/27/2020

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**