UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILLIP CARROLL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:19-cv-000224-JMS-TAB |
| ) | |
| BMW OF NORTH AMERICA, LLC, and ) | |
| BAVARIAN MOTOR WORKS, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Orders entered this day and on August 6, 2021, the Court now **DISMISSES without prejudice** all claims against Defendant Bavarian Motor Works and enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendant BMW of North America, LLC such that Plaintiff shall take nothing by way of his Complaint.

Date: 8/23/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**